# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW LEE ROWELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:23-cv-00034-LSC-HNJ |
| WINFIELD S. FISHER, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on September 16, 2024, recommending the dismissal of this action without prejudice for lack of subject matter jurisdiction. In the alternative, the Magistrate Judge recommended dismissal of plaintiff's federal claims without prejudice under 28 U.S.C. § 1915A(b) for frivolity and failure to state a claim upon which relief can be granted and the dismissal of plaintiff's state-law claims without prejudice pursuant to 28 U.S.C. § 1367(c). (Doc. 13). Although the Magistrate Judge advised the plaintiff of his right to file written objections within 14 days, the court has not received any objections.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, this action is due to be dismissed without prejudice for lack of subject matter jurisdiction. In the alternative, the plaintiff's

federal claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b) for frivolity and failure to state a claim upon which relief can be granted, and the plaintiff's state-law claims are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A final judgment will be entered.

**DONE** and **ORDERED** on October 11, 2024.

_____
L. Scott Coogler
United States District Judge

160704